1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK ELI HEARD, | Civil No.   12cv0405-BTM (JMA) |
| Petitioner, | **SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |
| vs. | |
| McDONALD, | |
| Respondent. | |

11
12
13
14
15
16

17   Petitioner Frank Eli Heard, a state prisoner proceeding pro se, has filed a Petition for

18   a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with an application to proceed

19   in forma pauperis.  Petitioner challenges his January 18, 2008 conviction of two counts of

20   attempted premeditated murder (imposed as a result of a jury verdict) and one count of

21   voluntary manslaughter (imposed as a result of a guilty plea following a jury deadlock as to

22   a murder charge), in San Diego Superior Court Superior Court Case No. SCD193832.  (Pet.

23   at 1.)  Petitioner claims: (1) he received ineffective assistance of counsel based on his trial

24   counsel's failure to call Wade Mills, Petitioner's co-defendant, as a defense witness to testify

25   that Petitioner was not involved in the crimes; and (2) that his guilty plea was involuntary.

26   (Pet. at 6-7.)  For the following reasons, this case is summarily dismissed pursuant to 28 U.S.C.

27   § 2244(b)(3)(A) as indicated below.  The Court does not rule on Petitioner's in forma pauperis

28   status.

1

## PETITION BARRED BY GATEKEEPER PROVISION

2   The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has

3   submitted to this Court challenging his January 18, 2008, conviction in San Diego Superior

4   Court Case No. SCD193832.  On September 25, 2009, Petitioner filed a Petition for a Writ of

5   Habeas Corpus in SO. DIST. CA. CIVIL CASE NO. 09cv2117-POR.  (See Petition [Doc. No. 1]

6   in SO. DIST. CA. CIVIL CASE NO. 09cv2117-POR, filed 9/25/09; see also Second Amended

7   Petition [Doc. No. 31] in SO. DIST. CA. CIVIL CASE NO. 09cv2117-POR, filed 11/12/10.)  In

8   that petition, Petitioner challenged his conviction in San Diego Superior Court Case No.

9   SCD193832, alleging that he received an unfair trial due to the exclusion of statements which

10   co-defendant Mills gave to the police upon his arrest stating that Petitioner was not involved

11   in the crimes.  (Id. at p. 6-6b.)  On June 27, 2011, the Court denied the petition on the merits

12   of the claims presented, and judgment was thereafter entered against Petitioner.  (See Order

13   filed 6/27/11 [Doc. No. 40] in SO. DIST. CA. CIVIL CASE NO. 09cv2117-POR; see also

14   Judgment entered 6/28/11 [Doc. No. 41] in SO. DIST. CA. CIVIL CASE NO. 09cv2117-POR.)

15   The Court subsequently denied Petitioner's request for a Certificate of Appealability but

16   granted his motion for leave to proceed in forma pauperis on appeal.  (See Order filed 8/12/11

17   [Doc. No. 52] and Order filed 9/1/11 [Doc. No. 54] in SO. DIST. CA. CIVIL CASE NO.

18   09cv2117-POR.)  An appeal of this Court's judgment is currently pending in the Ninth Circuit

19   Court of Appeals.  (See Heard v. Cate, 9th Cir. Case No. 11-56310, Order filed 12/14/11 [Doc.

20   No. 18] noting that appellant's opening brief has been received and that the determination

21   whether to issue a Certificate of Appealability is pending).

22   Petitioner is now seeking to challenge the same conviction he challenged in his prior

23   federal habeas petition.  Unless a petitioner shows he or she has obtained an order from the

24   appropriate court of appeals authorizing the district court to consider a successive petition, the

25   petition may not be filed in the district court.  See 28 U.S.C. § 2244(b)(3)(A).  Here, there is

26   no indication that Petitioner has requested or received permission from the Ninth Circuit Court

27   of Appeals to file a successive petition.  Accordingly, the Court is unable to consider the

28   Petition.

12cv0405

## CONCLUSION

Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner to refile his Petition if and when he receives the necessary permission from the Ninth Circuit Court of Appeals.  The Clerk of Court shall send Petitioner a blank Ninth Circuit Application for Leave to File a Second or Successive Petition.

**IT IS SO ORDERED.**


DATED:  February 28, 2012

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court

12cv0405