# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Frank Eli Heard

V.                               **JUDGMENT IN A CIVIL CASE**

McDonald

CASE NUMBER:   12cv0405-BTM(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Dismisses this action without Prejudice to Petitioner to refile his Petition if and when he receives the necessary permission from the Ninth Circuit Court of Appeals.

| February 28, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON February 28, 2012 |

12cv0405-BTM(JMA)